|  | IN THE CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT IN AND FOR PINELLAS COUNTY, FLORIDA |
|---|---|
| JODI SCHWARTZ, | CASE NO.: |
| Plaintiff, | |
| vs. | |
| CYNOSURE, LLC | |
| Defendant._____/ | |

# COMPLAINT

COMES NOW, Plaintiff, JODI SCHWARTZ, by and through her undersigned counsel, and sues the Defendant, CYNOSURE, LLC., a foreign limited liability corporation, and alleges as follows:

## INTRODUCTION

1. This is a proceeding for back wages, compensatory damages, punitive damages, and costs and attorneys' fees to remedy sex and age discrimination, and retaliation based upon statutorily protected activities affecting the terms, conditions and privileges of employment, and to redress the deprivation of rights secured to the Plaintiff under the Florida Civil Rights Act of 1992, Florida Statutes §760, et seq. ("Act").

## JURISDICTION AND VENUE

2. The Court has jurisdiction over their controversy under the Act.

## PARTIES

3. At all times material hereto, the Plaintiff was/is a citizen of the United States, a resident of Pinellas County, Florida, sui juris, and an employee or former employee of the Defendant.

4. Plaintiff was born on October 17, 1972. At all times material hereto, the Plaintiff was and continues to be a female, and is a member of a protected class within the meaning of the Act.

5. At all times material hereto, the Plaintiff was an employee within the meaning of the Act.

6. At all times material hereto, the Defendant, upon information and belief, was a foreign limited liability corporation doing business in this judicial district, an employer or former employer of the Plaintiff, and was, and is, an employer within the meaning of the Act.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

7. The Plaintiff has exhausted and fulfilled all conditions precedent to the institution of this action pursuant to the Act.

## STATEMENT OF FACTS

8. The Plaintiff, a member of the protected age class, was recruited to work for the Defendant from another company where she was the number one sales representative of over 297 people.

9. Plaintiff was guaranteed a $500,000.00 minimum contract for 12 months to initially build the New York territory, where all of her contracts and business was located, and then move on to build Florida's territory.

10. The Plaintiff began June 21, 2022, but was informed by the Defendant, specifically Lowinn Kibbey, the following day that she would be permanently sent to work in Florida (with no contracts), and later learned the Defendant awarded Yunior Callero (a 30 year old male) the NY District Sales Manager position.

11. Immediately upon this move to Florida, TJ Dolan (a younger male) was hired and made the Plaintiff's boss.

12. TJ proceeded to build a sales team without the Plaintiff's knowledge, although this was part of her job description.

13. The transferred employees began to make discriminatory age-related and sexist remarks regarding the Plaintiff, who is 50 years old.

14. Fellow co-workers lied to Lowinn about the Plaintiff in an attempt to have her terminated and defame her character, claiming she was forcibly removed from a restaurant on October 17, 2022 for being drunk with a client.

15. The Plaintiff, in fact, obtained a letter from the restaurant after reviewing video surveillance, that this did not happen, proving this was false.

16. Prior to this, the Plaintiff reported the initial and continuing harassment to the Defendant, specifically Kelly Teal-Guess, and to Lowinn, but nothing was done.

17. Once TJ found out Plaintiff reported him, that is when the retaliation became worse.

18. The Plaintiff was served a PIP (Performance Improvement Plan) by Lowinn and TJ, and given only 30 days to sell 2 lasers.

19. In response to a falsified incident, on October 21, 2022, Kelly and Lowinn terminated the Plaintiff.

## COUNT I
## FLORIDA CIVIL RIGHTS ACT OF 1992-AGE

Plaintiff incorporates by reference paragraphs 1 through 19 herein and states as follows:

20. The Defendant has discriminated against the Plaintiff in the terms and conditions of her employment because of her age.

21. The unlawful discriminatory practices by the Defendant and its agents, as set forth herein, violates The Florida Civil Rights Act of 1992.

22. As a direct and proximate result of the Defendant's unlawful and discriminatory conduct, the Plaintiff has and will continue to suffer damages.

WHEREFORE, the Plaintiff, JODI SCHWARTZ, requests that judgment be entered against the Defendant, CYNOSURE, LLC., for all damages recoverable under the Florida Civil Rights Act of 1992, including punitive damages, as well as costs, expenses, attorney fees and any other lawful relief this Court deems to be just and proper.

## COUNT II
## FLORIDA CIVIL RIGHTS ACT OF 1992-SEX

Plaintiff incorporates by reference paragraphs 1 through 19 herein and states as follows:

24. The Defendant has discriminated against the Plaintiff in the terms and conditions of her employment because of her sex.

25. The unlawful discriminatory practices by the Defendant and its agents, as set forth herein, violates The Florida Civil Rights Act of 1992.

26. As a direct and proximate result of the Defendant's unlawful and discriminatory conduct, the Plaintiff has and will continue to suffer damages.

WHEREFORE, the Plaintiff, JODI SCHWARTZ, requests that judgment be entered against the Defendant, CYNOSURE, LLC., for all damages recoverable under the Florida Civil Rights Act of 1992, including punitive damages, as well as costs, expenses, attorney fees and any other lawful relief this Court deems to be just and proper.

## COUNT III
## FLORIDA CIVIL RIGHTS ACT OF 1992-RETALIATION

Plaintiff incorporates by reference paragraphs 1 through 19 herein and states as follows:

27. The Defendant's termination of the Plaintiff was, in whole or in part, in retaliation for her complaints of discrimination.

28. The Defendant has denied the Plaintiff continued employment in retaliation for her lawfully having engaged in a statutorily protected activity, and as a result of her complaints of discrimination.

29. As a direct and proximate result of the Defendant's unlawful and discriminatory conduct, the Plaintiff has and will continue to suffer damages.

WHEREFORE, the Plaintiff, JODI SCHWARTZ, requests that judgment be entered against the Defendant, CYNOSURE, LLC., for all damages recoverable under the Florida Civil Rights Act of 1992, including punitive damages, as well as costs, expenses, attorney fees and any other lawful relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff, JODI SCHWARTZ, demands trial by jury.

Respectfully submitted on January 10, 2024.

        Law Offices of Levy & Levy, P.A.
        2844 North University Drive
        Coral Springs, Florida 33065
        Telephone: (954) 763-5722
        Facsimile: (954) 763-5723
        Service Email: assistant@levylevylaw.com
        *Counsel for Plaintiff*

        s/Chad Levy
        CHAD E. LEVY, ESQ.
        F.B.N.: 0851701
        chad@levylevylaw.com
        HARRIS NIZEL, ESQ.
        F.B.N.: 0807931
        harris@levylevylaw.com

Exhibit B